Exhibit 2

| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF MECKLENBURG<br><br>WILL SUMMERS, JR., a/k/a WILLIE SUMMERS,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>               Defendant. | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>18-CVS-10723<br><br><br>NOTICE OF FILING<br>OF NOTICE OF REMOVAL |

TO:

The Honorable Clerk of Superior Court
Mecklenburg County Courthouse
832 East Fourth Street, Suite 3600
Charlotte, NC 28202

Margaret B. Maloney, Esq.
Maloney Law & Associates, PLLC
1824 E. Seventh Street
Charlotte, NC 28204

      **PLEASE TAKE NOTICE** that Defendant City of Charlotte, by and through undersigned counsel, is filing with the Clerk of the United States District Court for the Western District of North Carolina, Charlotte Division a Notice of Removal of this above-captioned action. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

      **THIS** 14th day of November, 2018.

*[signature]*

Sara R. Lincoln, N.C. State Bar No. 22744
Kathleen K. Lucchesi, N.C. State Bar No. 24386
Lincoln Derr PLLC
4350 Congress Street, Suite 575
Charlotte, North Carolina 28209
Telephone: (704) 496-4500
Email: sara.lincoln@lincolnderr.com
Email: kathleen.lucchesi@lincolnderr.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this **NOTICE OF FILING OF NOTICE OF REMOVAL** was served on all parties through their counsel via first-class mail, postage prepaid and properly addressed as follows:

Margaret B. Maloney, Esq.
Maloney Law & Associates, PLLC
1824 E. Seventh Street
Charlotte, NC 28204

*Attorney for Plaintiff*

THIS 14th day of November, 2018.

_____
Kathleen K. Lucchesi