IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-cv-00612-RJC-DSC

| | |
|---|---|
| WILL SUMMERS, JR. a/k/a WILLIE SUMMERS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>    Defendant. | **DEFENDANT CITY OF CHARLOTTE'S MOTION TO CONSOLIDATE RELATED CASES FOR JUDICIAL ASSIGNMENT AND DISCOVERY PURPOSES** |

Pursuant to Federal Rule of Civil Procedure 42(a) and LCvR. 42.1, Defendant, City of Charlotte, hereby moves to consolidate this matter with related cases currently pending in the United States District Court for the Western District of North Carolina, Charlotte Division. City of Charlotte respectfully requests the Court consolidate the cases identified below under one Article III judge and one Magistrate judge for discovery purposes only. In support of this Motion, City of Charlotte shows the following:

1. This civil action was originally filed on June 18, 2018 in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 18-CVS-10723. Plaintiff Summers filed an Amended Complaint on October 9, 2018 before serving the City of Charlotte with the original Complaint and Amended Complaint.

2. The City of Charlotte properly removed the matter to this Court on November 14, 2018 and filed a Motion to Strike portions of the *Summers* Lawsuit on December 14, 2018. The Motion to Strike is pending before the Court.

3. Plaintiff Summers was employed by the City of Charlotte as a firefighter assigned to the Charlotte Fire Department ("CFD").

4. Plaintiff Summers is represented by attorney, Margaret B. Maloney of Maloney Law & Associates.

5. This civil action is one of four (4) cases currently pending before this Court filed by attorney Margaret B. Maloney of Maloney Law & Associates against the City of Charlotte on behalf of CFD employees or applicants.

6. The other three pending cases filed by Maloney Law & Associates are:

   a. *Sylivia Smith-Phifer and Lance Patterson v City of Charlotte,* Civil Action No. 3:19-cv-00026-RJC-DSC (the "Smith-Phifer/Patterson Lawsuit");

   b. *Aaron Phifer v. City of Charlotte*, Civil Action No. 3:19-cv-00027-RJC-DCK (the "Phifer Lawsuit");

   c. *Marty Puckett v. City of Charlotte*, Civil Action No. 3:19-cv-00310-FDW-DSC (the "Puckett Lawsuit").

7. The *Smith-Phifer/Patterson* Lawsuit was originally filed on December 17, 2018 in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 18-CVS-22610 and properly removed by the City of Charlotte to this Court on January 18, 2019.

8. The City of Charlotte filed a Motion to Strike portions of the *Smith-Phifer/Patterson* Lawsuit on February 18, 2019. The Motion to Strike is pending before this Court.

9. The *Phifer* Lawsuit was originally filed on December 17, 2018 in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 18-CVS-22611 and properly removed by the City of Charlotte to this Court on January 18, 2019.

10. The City of Charlotte filed a Motion to Strike portions of the *Phifer* Lawsuit on February 18, 2019. The Motion to Strike is pending before this Court.

11. The *Puckett* Lawsuit was originally filed on June 18, 2018 in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 19-CVS-4139.

12. The City of Charlotte properly removed this matter on July 4, 2019.

13. The *Summers* Lawsuit, *Smith-Phifer/Patterson* Lawsuit, and *Phifer* Lawsuit have been assigned to Judge Robert J. Conrad.

14. The *Puckett* Lawsuit has been assigned to Judge Frank D. Whitney.

15. Magistrate Judge David S. Cayer is assigned to the *Summers* Lawsuit, *Smith-Phifer/Patterson* Lawsuit, and *Puckett* Lawsuit while Magistrate Judge David C. Keesler is assigned to the *Phifer* Lawsuit.

16. The four (4) matters identified above involve allegations by CFD employees[1] against City of Charlotte for violations of federal law during and/or related to their employment with CFD.

17. There are common questions of law and fact among these four (4) matters.

18. The Complaints filed by the Plaintiffs in these actions name many of the same current and former CFD employees such that most of these current and former employees are likely to be deposed in each of the four (4) cases.

19. Maloney has served a number of public records requests in these four (4) matters which request production of the same or similar documents and information.

20. The time and financial burden on the parties and witnesses in these four (4) matters is likely to be significant if not consolidated for discovery purposes.

21. The assignment of these matters to the same Article III Judge and Magistrate Judge would promote efficiency in the discovery process, convenience for the parties and witnesses, and avoid inconsistent rulings.

22. Therefore, City of Charlotte respectfully moves that all four (4) matters identified herein be assigned to Judge Robert J. Conrad and Magistrate Judge David S. Cayer and that the matters be consolidated for discovery purposes only.

---

[1] Plaintiff Aaron Phifer was not a CFD employee, but rather was a CFD job applicant.

3

23. Counsel for City of Charlotte consulted with opposing counsel as required by LCvR 7.1 prior to filing this motion. Opposing counsel does not consent to the Motion.

24. City of Charlotte submits its Memorandum of Law which is being field contemporaneously with this Motion.

WHEREFORE, Defendant City of Charlotte respectfully requests the Court assign the four (4) matters identified above to Article III Judge Robert J. Conrad and Magistrate Judge David S. Cayer, and consolidate the four (4) matters identified above for discovery purposes only where feasible.

Respectfully submitted, this 31st day of July, 2019.

/s/ Kathleen K. Lucchesi
Sara R. Lincoln, N.C. State Bar No. 22744
Kathleen K. Lucchesi, N.C. State Bar No. 24286
Phoebe N. Coddington, N.C. State Bar No. 35218
Lincoln Derr PLLC
4350 Congress Street, Suite 575
Charlotte, North Carolina 28209
Telephone: (704) 496-4500
Email: sara.lincoln@lincolnderr.com
Email: kathleen.lucchesi@lincolnderr.com
Email: phoebe.coddington@lincolnderr.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this **DEFENDANT CITY OF CHARLOTTE'S MOTION TO CONSOLIDATE RELATED CASES FOR JUDICIAL ASSIGNMENT AND DISCOVERY PURPOSES** was filed electronically and served on all parties through their counsel via first-class mail, postage prepaid and properly addressed as follows:

Margaret B. Maloney, Esq.
Jennifer D. Spyker, Esq.
Maloney Law & Associates, PLLC
1824 E. Seventh Street
Charlotte, NC 28204

*Attorneys for Plaintiff*

**THIS** 31st day of July, 2019.

/s/ Kathleen K. Lucchesi
Kathleen K. Lucchesi
