UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00612-RJC-DSC

| | |
|---|---|
| WILL SUMMERS, JR., a/k/a WILLIE SUMMERS, ) ) ) | |
| Plaintiff, ) ) | Civil Action No.: 3:18-cv-00612-RJC-DSC (Lead Case) |
| v. ) ) | |
| CITY OF CHARLOTTE, ) ) ) | |
| Defendant. ) | |
| SYLVIA SMITH-PHIFER and LANCE PATTERSON, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No.: 3:19-cv-00026-RJC-DSC |
| v. ) ) | |
| CITY OF CHARLOTTE, ) ) ) | |
| Defendant. ) | |
| AARON PHIFER, ) ) | |
| Plaintiff, ) ) ) | Civil Action No.: 3:19-cv-00027-RJC-DCK |
| v. ) ) | |
| CITY OF CHARLOTTE, ) ) ) | |
| Defendant. ) | |

| | |
|---|---|
| MARTY PUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 3:19-cv-00310-FDW-DSC |
| v. | ) |
| | ) |
| CITY OF CHARLOTTE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING CONSOLIDATION OF CASES

**THIS MATTER** comes before the Court on Defendant's Motion to Consolidate the above-captioned cases. (Doc. No. 11.) For good cause shown, this Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that these cases be consolidated into 3:18-cv-00612-RJC-DSC.

Signed: October 8, 2019

Robert J. Conrad, Jr.
United States District Judge