IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-cv-00612-RJC-DSC

| | |
|---|---|
| WILL SUMMERS JR. a/k/a WILLIE SUMMERS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>    Defendant. | |
| SYLIVIA SMITH-PHIFER and LANCE PATTERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>    Defendant. | **ORDER** |
| AARON PHIFER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>    Defendant. | |
| MARTY PUCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>    Defendant. | |

1

**THIS MATTER** is before the Court on the parties' "Consent Motion to Amend the Pretrial Order and Case Management Plan" (Doc. 21) filed April 14, 2020. This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

The Motion is **GRANTED IN PART** and **DENIED IN PART** and the Pretrial Order and Case Management Plan is amended as follows:

| Deadlines | |
|---|---|
| Plaintiffs' Expert Reports | 6/19/2020 |
| Defendant's Expert Reports | 7/19/2020 |
| Discovery Completion | 7/21/2020 |
| Mediation | 8/4/2020 |
| Dispositive Motions | 9/1/2020 |
| Oral Arguments | On or before 10/11/2020 |
| Jury Trial | Next term on or after 1/2/2021 |

**SO ORDERED.**

Signed: April 16, 2020

David S. Cayer
United States Magistrate Judge