IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-612-RJC-DSC

| | |
|---|---|
| WILL SUMMERS, JR., a/k/a WILLIE SUMMERS, et al., ) ) ) Plaintiffs, ) ) v. ) ) CITY OF CHARLOTTE ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on "Joint Motion to Amend the Pretrial Order and Case Management Plan" (document # 40) filed September 23, 2020. For the reasons set forth therein, the Motion will be <u>GRANTED IN PART AND DENIED IN PART</u>. The Court will not extend the deadlines to the dates requested by the parties but will extend the deadlines as follows:

Plaintiffs' Expert Reports-December 17, 2020
Defendants' Expert Reports-January 16, 2021
Discovery Completion-January 18, 2021
Mediation-February 2, 2021
Motions-March 19, 2021
Jury Trial-July 6, 2021

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 30, 2020

David S. Cayer
United States Magistrate Judge

Case 3:18-cv-00612-RJC-DSC   Document 41   Filed 09/30/20   Page 1 of 1