# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00612-RJC-DSC

| | |
|---|---|
| WILL SUMMERS JR et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Compel the Depositions of Mayor Vi Lyles and City Manager Marcus Jones" (document # 51) and the parties' briefs and exhibits.

Plaintiffs have made a sufficient showing that Mayor Lyles and City Manager Jones possess discoverable information. Accordingly, the Court will grant the Motion to compel their depositions.

**IT IS HEREBY ORDERED** that:

1. "Plaintiffs' Motion to Compel the Depositions of Mayor Vi Lyles and City Manager Marcus Jones" (document # 51) is **GRANTED**. Within thirty days of this Order, Mayor Lyles and City Manager Jones will appear for depositions at a date and time convenient to all parties.

2. The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 13, 2021

David S. Cayer
United States Magistrate Judge