# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00612-RJC-DSC

| | |
|---|---|
| WILL SUMMERS JR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Second Motion to Compel the Deposition of Mayor Vi Lyles" (document # 67) and the parties' briefs and exhibits.

Plaintiff moves to compel the deposition of Mayor Lyles. For the reasons stated in Plaintiff's brief, the Court finds that he is entitled to conclude the deposition of Mayor Lyles. For the reasons stated in Defendant's brief, the Court finds that only an extension is appropriate.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Second Motion to Compel the Deposition of Mayor Vi Lyles" is **GRANTED IN PART** and **DENIED IN PART**. Specifically, it is granted as to an extension through July 6, 2021. It is denied in all other respects. The Court admonishes the parties and counsel to cooperate during the discovery process without the need to declare victory following each round.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 3, 2021

David S. Cayer
United States Magistrate Judge