# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00612-RJC-DSC

| | |
|---|---|
| **WILL SUMMERS JR et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CITY OF CHARLOTTE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' "Fourth Motion to Compel Promotional Process Assessor Notes and Score Documents" (document # 60) and the parties' briefs and exhibits. For the reasons set forth therein, the Motion will be granted.

Plaintiffs seek to compel production of assessor and interview notes regarding candidates for Battalion Chief, Division Chief, Deputy Chief, Health and Safety Officer, and the Recruitment Officer promotional processes in which Plaintiffs Patterson, Smith-Phifer, and Summers participated, collectively "the Score Documents." These documents were sought in Plaintiffs' Request for Production Nos. 45, 55, and 70. Defendant's objections that the requests are vague, overly broad, or disproportional to the needs of this case are overruled. Defendant shall produce these documents within fifteen days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 10, 2021

*[signature]*

David S. Cayer
United States Magistrate Judge