IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00612-RJC-DSC

| | |
|---|---|
| WILL SUMMERS JR et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF CHARLOTTE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**THIS MATTER** is before the Court on Plaintiffs' "Sixth Motion to Compel Discovery Regarding Plaintiff Puckett, Verifications, and Document Index" (document # 70) filed May 21, 2021, and the parties' briefs and exhibits. For the reasons set forth therein, the Motion will be granted.

Plaintiffs seek to compel production of complete, verified responses to Interrogatories Nos. 33, 83, 88, and 90 and Requests for Production of Documents Nos. 6, 14, 36, 57, 67, 77. Plaintiffs also seek to compel Defendant to answer all interrogatories, verify all interrogatory responses, and produce a document index that identifies by Bates Numbers which documents respond to which document requests and includes a description of the documents responsive to each request.

To date, Defendant has served responses that are deficient and unverified. Defendant's objections that these requests are vague, overly broad, or disproportional to the needs of this case are overruled. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Compel is <u>granted</u>. Defendant shall serve complete, verified supplemental responses to Interrogatories Nos. 33, 83, 88, and 90 and Requests for Production of Documents Nos. 6, 14, 36, 57, 67, 77. Responses shall be served within fifteen days of this Order.

2. Defendant shall verify all discovery responses served in this matter including but not limited to those served September 18, 2020, December 3, 2020, December 6, 2020, January 20, 2021, May 21, 2021, as well as all future discovery responses or supplemental discovery responses.

3. Defendant shall produce a document index that specifies by Bates Numbers which documents respond to which document requests and includes a description of the documents responsive to each request.

4. If Defendant contends that any responsive documents fall within the attorney-client privilege, it will produce a privilege log.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 17, 2021

_____
David S. Cayer
United States Magistrate Judge