**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:18-CV-00612-RJC-DSC**

| | | |
|---|---|---|
| **WILL SUMMERS JR et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court following its September 10, 2021 "Order" (document #98) (granting in part and denying in part Plaintiff's "Motion for Sanctions" (document #84)). The Court **ORDERED** Defendant to pay Plaintiffs' reasonable attorneys' fees and costs incurred in preparing and prosecuting that Motion and directed Plaintiffs to file an affidavit documenting those fees and costs. Plaintiff's "Affidavit of Margaret Behringer Maloney" (document #99) was filed on September 16, 2021. The Court has carefully reviewed the Affidavit, Defendant's "Objection …" (document #101), and Plaintiff's "Reply …" (document #102). The Court **ORDERS** that reasonable attorneys' fees and costs be allowed in the amount of $5,000.00.

**NOW IT IS HEREBY ORDERED** that:

1.      On or before October 21, 2021, Defendant shall pay directly to Plaintiffs' counsel the sum of $5,000.00 representing the reasonable attorneys' fees and costs incurred in preparing and prosecuting Plaintiff's "Motion for Sanctions" (document #84).

2.      The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 21, 2021

David S. Cayer
United States Magistrate Judge