IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00612-RJC-DSC

WILL SUMMERS JR,
SYLIVIA SMITH-PHIFER,
LANCE PATTERSON,
AARON PHIFER,
MARTY PUCKETT,

    Plaintiffs,

v.

CITY OF CHARLOTTE,

    Defendant.

**ORDER**

**THIS MATTER** comes before the Court on its own motion. At the request of the Honorable Robert J. Conrad, the presiding judge in this matter, the undersigned will conduct judicial settlement conferences on **May 4–5, 2022**, beginning at 10:00 am. Beginning at 10:00 am each day, the involved parties should report directly to their respective locations. The Defendant shall work from the 8th floor jury room; Plaintiffs will report to Courtroom 8.

The Court has concluded that a global settlement conference is unlikely to prove fruitful. Instead, the Court will hold individual conferences according to the following schedule:

**May 4, 2022**

| | |
|---|---|
| 10:00 am – 12:00 pm | Marty Puckett |
| 12:00 pm – 1:00 pm | Lunch |
| 1:00 pm – 3:00 pm | Willie Summers |
| 3:00 pm – 5:00 pm | Sylivia Smith-Phifer |

**May 5, 2022**

    10:00 am – 12:00 pm        Lance Patterson

    12:00 pm – 1:00 pm         Lunch

    1:00 pm – 3:00 pm          Aaron Phifer

The parties are reminded that an individual with full settlement authority (other than counsel) shall be in attendance. The Court also notes that a criminal jury trial is currently scheduled for May 2 and May 3. The Court anticipates that the trial will end on May 3. In the event that the trial lasts longer than anticipated, the Court may have to delay these conferences by one day, or adjust the start times.

**SO ORDERED**.

Signed: April 25, 2022

Graham C. Mullen
United States District Judge