**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:18-CV-00612-RJC-DSC**

| | |
|---|---|
| **WILL SUMMERS JR.,**<br>**SYLIVIA SMITH-PHIFER,**<br>**LANCE PATTERSON,**<br>**AARON PHIFER,**<br>**MARTY PUCKETT,**<br><br>      **Plaintiffs,**<br><br>  **v.**<br><br>**CITY OF CHARLOTTE,**<br><br>      **Defendant.** | **ORDER** |

      **THIS MATTER** comes before the Court on its own motion. The undersigned previously entered an order setting judicial settlement conferences in this matter, at the request of the Honorable Robert J. Conrad. That schedule is now amended as follows:

      The undersigned will conduct judicial settlement conferences on **May 3–4, 2022**. At 9 am each day, the involved parties should report directly to their respective locations. The Defendant shall work from Courtroom 8; Plaintiffs will work from the 8th floor jury room. The parties are reminded that an individual with full settlement authority shall be in attendance.

      The conferences shall proceed according to this schedule:

| **May 3, 2022** | | **May 4, 2022** | |
|---|---|---|---|
| 9:00 am – 11:00 pm | Marty Puckett | 9:00 am – 12:00 pm | Lance Patterson |
| 11:00 am – 12:00 pm | Aaron Phifer | 12:00 pm – 1:00 pm | Lunch |
| 12:00 pm – 1:00 pm | Lunch | 1:00 pm – 5:00 pm | Willie Summers |
| 1:00 pm – 5:00 pm | Sylivia Smith-Phifer | | |

**IT IS SO ORDERED**.

Signed: May 2, 2022

Graham C. Mullen
United States District Judge