# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Will Summers Jr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00612-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court upon Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment pursuant to Rule 68 (Doc. No. 238).

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment pursuant to Rule 68 filed on 7/8/2022 (Doc. No. 238).

July 11, 2022

_____
Frank G. Johns, Clerk
United States District Court