IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-CV-00612-RJC-DCK

| | |
|---|---|
| WILL SUMMERS, JR. a/k/a WILLIE SUMMERS,<br>    Plaintiff,<br>v.<br><br>CITY OF CHARLOTTE,<br>    Defendant. | |
| SYLIVIA SMITH-PHIFER and LANCE PATTERSON,<br>    Plaintiffs,<br>v.<br><br>CITY OF CHARLOTTE,<br>    Defendant. | **STIPULATION OF DISMISSAL OF PLAINTIFF PUCKETT'S CLAIMS** |
| AARON PHIFER,<br>    Plaintiff,<br>v.<br><br>CITY OF CHARLOTTE,<br>    Defendant. | |
| MARTY PUCKETT,<br>    Plaintiff,<br>v.<br><br>CITY OF CHARLOTTE,<br>    Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marty Puckett and Defendant City of Charlotte, through the undersigned counsel, hereby stipulate to and give notice of the voluntary dismissal of claims asserted by Plaintiff Marty Puckett with prejudice. Each party will bear their own attorneys' fees and costs.

This the 14th day of October, 2022.

1

Respectfully submitted,

| /s/Margaret B. Maloney | /s/ Kathleen K. Lucchesi |
|---|---|
| Margaret B. Maloney (N.C. Bar No. 13253) | Kathleen K. Lucchesi (N.C. State Bar No. 24386) |
| Mitchell Davis (N.C. Bar No. 54802) | Kelly Walker (N.C. State Bar No. 49535) |
| MALONEY LAW & ASSOCIATES, PLLC | Jackson Lewis PC |
| 1824 E. Seventh Street | 200 S. College Street |
| Charlotte, NC 28201 | Suite 1550, 15th Floor |
| Telephone: (704) 632-1622 | Charlotte, NC 28202 |
| Fax: (704) 632-1623 | Telephone: (980) 465-7245 |
| mmaloney@maloneylegal.com | kathleen.lucchesi@jacksonlewis.com |
| mdavis@maloneylegal.com | kelly.walker@jacksonlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |