# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sylivia Smith-Phifer Lance Patterson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00612-RJC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2023 Order.

August 30, 2023

Katherine Hord Simon, Clerk
United States District Court