UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:18-cv-00612-TMR-SCR

LANCE PATTERSON,

PLAINTIFF,

V.

CITY OF CHARLOTTE,

DEFENDANT.

**SCHEDULING ORDER**

Timothy M. Reif, Judge, United States Court of International Trade:

In light of the procedural posture of the above-captioned matter, the court finds it necessary and appropriate to set new case management deadlines. Accordingly, it is **ORDERED:**

Deadline for filing all other motions, including motions in limine, will be **November 11, 2025.**

Final pretrial conference will be conducted on **November 25, 2025, at 10:00am** via Microsoft Teams videoconferencing.

Deadline for filing voir dire questions, jury instructions, stipulations and trial briefs will be **December 1, 2025.**

Witness and exhibit lists will be exchanged between counsel and emailed to the courtroom deputy (not filed) by **December 4, 2025, at 4:00pm.**

Four hard-copy exhibit binders will be delivered to the Court by **December 4, 2025, at 4:00pm.**

As stated in the court's order of July 23, 2025 (ECF No. 363), the jury trial will begin on **December 9, 2025, at 10:00am.**

**SO ORDERED.**

|  |  |
|---|---|
| Dated: <u>October 1, 2025</u><br>       New York, New York | <u>/s/ Timothy M. Reif</u><br>Timothy M. Reif, Judge<br>United States Court of International Trade<br>*Sitting by Designation*<br>United States District Court for the<br>Western District of North Carolina |