# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No: 3:18-cv-00612-RJC-SCR

| | |
|---|---|
| LANCE PATTERSON,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF CHARLOTTE,<br><br>　　　　　　　　Defendant. | **NOTICE OF SETTLEMENT** |

Plaintiff Lance Patterson ("Plaintiff") and Defendant City of Charlotte ("Defendant") (collectively the "Parties"), by and through the undersigned counsel, hereby report that they have agreed to settlement terms and have entered into a fully executed final settlement agreement as to all triable issues, subject to payment of the same. The parties will be filing a Stipulation of Dismissal upon completion of the remaining terms of the written agreement.

This 27th day of October, 2025.

| | |
|---|---|
| /s/ Edward T. Hinson, Jr. | /s/ Tory Ian Summey |
| Edward T. Hinson, Jr. | Tory Ian Summey |
| N.C. Bar No. 7795 | NC State Bar No. 46437 |
| Haley M. Lohr | Jeremy D. Locklear |
| N.C. Bar No. 56141 | NC State Bar No. 50842 |
| JAMES MCELROY & DIEHL, P.A. | PARKER POE ADAMS & BERNSTEIN LLP |
| 525 N. Tryon Street, Suite 700 | Bank of America Tower |
| Charlotte, NC 28202 | 620 South Tryon Street, Suite 800 |
| T: (704) 372-9870 | Charlotte, North Carolina 28202 |
| F: (704 333-5508 | T:  (704) 372-9000 |
| Email: ehinson@jmdlaw.com | F:  (704) 334-4706 |
| Email: hmlohr@jmdlaw.com | Email:  torysummey@parkerpoe.com |
| | Email:  jeremylocklear@parkerpoe.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant City of Charlotte* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **"*Notice of Settlement*"** was electronically filed with the Clerk of Court using the CM/ECF system and served on counsel of record via the Court's electronic case filing system.

This 27th day of October, 2025.

        *s/ Tory Ian Summey*
        Tory Ian Summey
        NC State Bar No. 46437
        Jeremy D. Locklear
        NC State Bar No. 50842
        PARKER POE ADAMS & BERNSTEIN LLP
        Bank of America Tower
        620 South Tryon Street, Suite 800
        Charlotte, North Carolina 28202
        T: (704) 372-9000
        F: (704) 334-4706
        Email: torysummey@parkerpoe.com
        Email: jeremylocklear@parkerpoe.com

        *Attorneys for Defendant City of Charlotte*